IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABDOULA YE DIALLO<br><br>*Petitioner*,<br><br>v.<br><br>PAMELA BONDI, in her official capacity as Attorney General of the United States, *et al.*<br><br>*Respondents*. | Civil Action No.  2:25-cv-7421 |

### ORDER

**AND NOW**, this 6th day of January, 2026, it is **ORDERED** that the parties' Stipulation Regarding Hearing or Oral Argument (ECF No. 5) is **APPROVED**. It is thus **ORDERED** that the hearing scheduled for January 7, 2026, is **CANCELLED** and the Court will decide Petitioner's petition for writ of habeas corpus on the papers.

BY THE COURT:


_s/Cynthia M. Rufe_____
CYNTHIA M. RUFE, *United States District Judge*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABDOULA YE DIALLO,<br><br>    *Petitioner*,<br><br>    v.<br><br>PAMELA BONDI, United States Attorney General, *et al.*<br><br>    *Respondents*. | Civil Action No. 2:25-cv-7421 |

**STIPULATION REGARDING HEARING OR ORAL ARGUMENT**

Petitioner seeks a writ of habeas corpus in this proceeding. To expeditiously resolve Petitioner's submissions, the parties hereby stipulate and agree as follows:

1. The parties agree that a hearing or oral argument is unnecessary in this matter and respectfully request that the Court decide these motions on the papers at the Court's earliest convenience.

The parties further respectfully request that the Court enter the proposed order adopting these terms.

Dated: January 6, 2026

Respectfully submitted,

DAVID METCALF
United States Attorney

*/s/ David T. Harrington, Esq.*
DAVID T. HARRINGTON, ESQ.
ALBARELLI & HARRINGTON LLC
315-317 N. 7th Street, Suite 201A
Allentown, PA 18102
Phone: (484) 274-6453
Email: david@ahilaw.com
*Counsel for Petitioner*

*/s/ Peter Carr*
PETER CARR
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone: (215) 861-8622
E-mail: peter.carr@usdoj.gov

*Counsel for Respondents*