IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABDOULAYE DIALLO,<br>                 Petitioner,<br>     v.<br>PAMELA BONDI, *et al.*,<br>                 Respondents. | CIVIL ACTION NO.  25-7421 |

# ORDER

**AND NOW,** this 6th day of January 2026, upon consideration of Abdoulaye Diallo's Petition for a Writ of Habeas Corpus [Doc. No. 1], and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Petition is **GRANTED** as follows:

1. Diallo is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

2. The government shall **RELEASE** Diallo from custody immediately and certify compliance with the Memorandum Opinion and Order by filing an entry on the docket no later than 5:00 p.m. ET on January 7, 2026;

3. The government is temporarily enjoined from re-detaining Diallo for seven days following his release from custody;

4. If the government chooses to pursue renewed detention of Diallo after that seven-day period, it must first provide him with a bond hearing, at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings. Pending the ordered bond hearing, the government cannot

remove, transfer, or otherwise facilitate the removal of Diallo from the Eastern District of Pennsylvania before the ordered bond hearing. If the immigration judge determines that Diallo is subject to detention under 8 U.S.C. § 1226(a), the government may request permission from the Court to move Diallo if unforeseen or emergency circumstances arise that require him to be removed. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit transfer of Diallo. It is so **ORDERED.**

                                                    **BY THE COURT:**

                                                    /s/ **Cynthia M. Rufe**

                                                    **CYNTHIA M. RUFE, J.**