## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABDOULAYE DIALLO,<br>　　　　　Petitioner,<br>　　v.<br>PAMELA BONDI, *et al.*,<br>　　　　　Respondents. | CIVIL ACTION NO. 25-7421 |

### ORDER

**AND NOW,** this 6th day of January 2026, upon consideration of Petitioner's Petition for a Writ of Habeas Corpus [Doc. No. 1], it is hereby **ORDERED** that the parties shall submit additional briefing regarding Petitioner's claim for attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412. Respondents shall submit a response to Petitioner's claim on or before **January 20, 2026**. Petitioner may submit a reply in support of the claim on or before **January 27, 2026**. The response and reply each shall not exceed 15 pages.

　　　It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**