IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ABDOULAYE DIALLO,

           Petitioner,

v.

PAMELA BONDI, *et al*.,

           Respondents.

CIVIL ACTION NO.  25-7421

## ORDER

**AND NOW,** this 8th day of January 2026, upon consideration of the parties' Stipulation Regarding Withdrawal of Count Fourt [Doc. No. 11], it is hereby **ORDERED** that the Stipulation is **APPROVED**. It is **ORDERED** that Count Four of the Petition for Habeas Corpus is deemed **WITHDRAWN**. The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

CYNTHIA M. RUFE, J.